# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RODNEY TRAMMELL**                                                **PLAINTIFF**
**ADC #158043**

**V.**           **CASE NO. 3:20-CV-00127-BSM-BD**

**GREENE COUNTY**
**DETENTION CENTER,** *et al.*                                 **DEFENDANTS**

## **ORDER**

After *de novo* review of the record, including Rodney Trammell's objections, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 5] is adopted. Trammell's claims against Greene County Detention Center is dismissed with prejudice, and his claims against the remaining defendants in their official capacities are dismissed without prejudice.

IT IS SO ORDERED, this 28th day of July, 2020.

                                                          _____
                                                      UNITED STATES DISTRICT JUDGE