IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RODNEY TRAMMELL,**
**ADC #158043**                                                                                      **PLAINTIFF**

**V.**                               **CASE NO. 3:20-CV-127-BD**

**GREENE COUNTY**
**DETENTION CENTER**, *et al*.                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 3rd day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE